**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**





Wilbert Moore,

    Plaintiff / Pro Se

Against

The United States of America, the SDNY's Clerk, the 2nd Circuit's Clerk, Students A, B, C, and D, and the Conspirators

Defendants

**NOTICE OF MOTION**
**FOR**
**RECONSIDERATION**
**Pursuant to Title 18**
**U.S.C. § 4**

08 Civ. 532 (AKH)

**Honorable Judge**
**Alvin K. Hellerstein**

**Jury Trial Requested**

### AFFIRMATION

Please take notice that upon the annexed affirmation of Wilbert Moore / Plaintiff Pro Se, sworn to and affirmed on March 14, 2008, and upon the Notice of Motion herein, Plaintiff will move this Court of Judge Alvin K. Hellerstein on April 4, 2008, in the Courthouse located at 500 Pearl St. Room 14D, New York, NY 10007, at 10:00 AM, or as soon thereafter as counsel can be heard, for a request for the consideration and acceptance of this instant **"Motion for Reconsideration."**

2. The Southern District of New York's (SDNY) alleged jurisdiction arises pursuant to Title 18 U.S.C. § 4; which pertains to reporting federal crimes to a federal judge, Title 28 U.S.C. § 1331 on the basis of Civil actions arising under the laws and Constitution of the United States, Title 28 U.S.C. § 1343, and Title 42 U.S.C. §1985. Please find enclosed; as "Exhibit 1" a copy of the letter of request I sent to the FBI's Duty Agent, as "Exhibit 2" a copy of the letter of request I sent to Assistant Attorney General Wan Kim, as "Exhibit 3" a copy of

*Motion Denied. No facts or law is presented that I did not previously consider.*
*3-19-08*
*[signed] A.K. Hellerstein*