Case 1:08-cv-00532-AKH Document 12 Filed 04/14/2008 Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Wilbert Moore,**

    Plaintiff / Pro Se

Against

**The United States of America, the SDNY's Clerk, the 2nd Circuit's Clerk, Students A, B, C, and D, and the Conspirators**

Defendants

**NOTICE OF MOTION Pursuant to the FRCP's Rule 60(a), Rule 60(b), and Rule 37 to Compel Discovery**

**08 Civ. 532 (AKH)**

**Honorable Judge Alvin K. Hellerstein**

**Jury Trial Requested**

## AFFIRMATION

Please take notice that upon the annexed affirmation of Wilbert Moore / Plaintiff Pro Se, sworn to and affirmed on April 14, 2008, and upon this **Notice of Motion to Compel Discovery** herein, Plaintiff will move this Court of **Judge Alvin K. Hellerstein** on May 9, 2008, in the Courthouse located at 500 Pearl St. Room 14D, New York, NY 10007, at 10:00 AM, or as soon thereafter as counsel can be heard, for a request for the consideration and acceptance of this instant **"Motion."** The Southern District of New York's jurisdiction arise pursuant to the **Federal Rules of Civil Procedures (FRCP) Rule 26 (a), Rule 33, Rule 37, Rule 60(a), Rule 60(b), Rule 61, Title 18 U.S.C. § 4, Title 28 U.S.C. § 1343, and Title 42 U.S.C. § 1985.**

2. I'm respectfully submitting that since the **"Motion for Reconsideration"** I submitted to you on or around March 14, 2008, I've made positive progress toward discovering new evidence and correcting the numerous defaults you found in my **"Original**

*[Handwritten annotation: Motion Denied. The case is dismissed closed at any appeal. 4/15/08 (signature)]*